Pro Se General Complaint for a Civil Case (Rev. 10/16)

# United States District Court
## for the
## NORTHERN DISTRICT OF ALABAMA

FILED
2024 MAR 11 P 1:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

**Alan Lee Caldwell**
*Plaintiff*
(Write your full name. No more than one plaintiff may be named in a pro se complaint)

v.

**Sundance Properties / Savana Knott (manager) / Mike (Maintenece Man) & Lyza - (Office Mgr, AURA Apartments)**

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all defendants cannot fit in the space above or on page 2, please write "see attached" in the space and attach an additional page with the full list of names)

Case No.: _____
(to be filled in by the Clerk's Office)

JURY TRIAL ☒ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

    A. The Plaintiff
        Name: Alan Lee Caldwell
        Street Address: 11575 Memorial Pkwy, SE #408
        City and County: Huntsville, AL
        State and Zip Code: Alabama 35803
        Telephone Number: (615) 497-0706

    B. The Defendant(s)

        Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization or a corporation. If you are suing an individual in his/her official capacity, include the person's job or title. Attach additional pages if needed.

Pro Se General Complaint for a Civil Case (Rev. 10/16)

**Defendant No. 1**

Former office manager:

Name: Savana Knott
Job or Title: Manager for same property at another location in
Street Address:
City and County: Huntsville, Alabama
State and Zip Code: 35803

**Defendant No. 2**

Name: Mike (the Maintenance Man)
Job or Title: Maintenance
Street Address: 11575 Memorial Pkwy SE
City and County: Huntsville, Alabama
State and Zip Code: 35803

**Defendant No. 3**

Name: Lyza (Present office mgr)
Job or Title: Manager
Street Address: 11575 Memorial Pkwy SE
City and County: Huntsville, Alabama
State and Zip Code: 35803

**Defendant No. 4**

Name:
Job or Title:
Street Address:
City and County:
State and Zip Code:

Defendant No. 5
  Name
  Job or Title
  Street Address
  City and County
  State and Zip Code

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only these types of cases can be heard in federal court: a dispute that involves a right in the United States Constitution or a federal law (as opposed to a state law or local ordinance); a dispute that involves the United States of America (or any of its agencies, officers or employees in their official capacities) as a party; and a dispute between citizens of different states with an amount in controversy that is more than $75,000.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Constitutional or Federal Question  ☑ USA Defendant  ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.  If the Basis for Jurisdiction is USA defendant**

The Defendant(s)
Name of Agency  Sundance Properties
Address  11575 Memorial Pwcy SE (AURA Apartments)

**B.  If the Basis for Jurisdiction is a Constitutional or Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

1) Violations of Fair Housing Act
2) Fraud / Harrasment

<u>Pro Se General Complaint for a Civil Case (Rev. 10/16)</u>

    **C.**   **If the Basis for Jurisdiction is Diversity of Citizenship**

        1. The Plaintiff

            The plaintiff, *(name)*_____, is a citizen of the State of *(name)*_____.

        2. The Defendant(s)

           a. If the defendant is an individual

               The defendant, *(name)*_____, is a citizen of the State of *(name)*_____. Or is a citizen of *(foreign nation)* _____.

           b. If the defendant is a corporation

               The defendant, *(name)*_____, is incorporated under the laws of the State of *(name)*_____, and has its principal place of business in the State of *(name)*_____.

               Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

           *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

        3.     The Amount in Controversy

            The amount in controversy – the amount the plaintiff claims the defendant owes or the amount that is at state – is more than $75,000, not counting interest and costs of court, because: *(explain)*

            _____
            _____
            _____

**III.**   **Statement of Claim**

Pro Se General Complaint for a Civil Case (Rev. 10/16)

Write a short and plain statement of the claim. Briefly state the facts showing that the plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I paid Application Fee $75.00 And $250- deposit for an apartment without Carpet. When I Moved IN 10/31/2023 No one was here to assist; the Maintnance Man (Clay) let me IN and gave me a key, The Manager Ms. Savans Knott was on Vacation. The whole place was Extremely dirty. I Had to go to Walmart and pay to have Carpet Cleaned. Plaintiff He was a victim of "Bait Switch."

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks for the court to order. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive (punishment) or exemplary (warning or deterrent) damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

100,000.00 For all Violations

1) Today 03/11/2024 my building is Totally dark without lights outside.

2) Savana Knott or Someone will Not let residents pay rent online; For Months I have had problems paying rent online. Renuir Is a 3rd and possibly a 4th party working Computers.

Pro Se General Complaint for a Civil Case (Rev. 10/16)

## V. Certification and Closing

Under Rule 11 of the Federal Rules of Civil Procedure, by signing below, I certify to the best of my knowledge, information, and belief that this complaint; (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in dismissal of my case.

First Name **Alan** Last Name **Caldwell**
Mailing Address **11575 Memorial Pkwy SE**
City and State **Huntsville Alabama** Zip Code **35803**
Telephone Number **615 497-0706**
E-mail Address **Caldwell3610@gmail.com**

Signature of plaintiff _Alan Caldwell_
Date signed **03/11/2023**

**\*\*OPTIONAL\*\***

You may request to receive electronic notifications. You <u>may not</u> file documents or communicate with the court electronically. All documents must be submitted in <u>paper</u> and you must serve the defendants.

Type of personal computer and related software/equipment required:

- Personal computer running a standard platform such as Windows or Mac OSX
- Internet access (high speed is recommended)
- A Web browser (Microsoft Internet Explorer 7.0 or 6.0 or Mozilla Firefox 2 or 1.5)
- Adobe Acrobat Reader is needed for viewing e-filed documents
- PACER account – Information and registration at www.pacer.gov

Pro Se General Complaint for a Civil Case (Rev. 10/16)

- You will receive one "free" look of the document. Documents must be viewed within 14 days. You must only single-click on the hyperlink to view.

**Note: You must promptly notice the Clerk's Office, in writing, if there is a change in your designated e-mail address. Failure to update your email address does not excuse failures to appear or timely respond.**

E-mail type:

☐ HTML – Recommended for most e-mail clients
☐ Plain Text – Recommended for e-mail accounts unable to process HTML e-mail

Conditioned upon the sufficiency of your electronic equipment which the court will test and verify receipt, you will be allowed to receive electronic notifications.

By submitting this request, the undersigned consents to electronic service and waives the right to personal service and service by first class mail pursuant to Rule 5(b)(2) of the Federal Rules of Civil Procedure, except with regard to service of a summons and complaint.

When a filing is entered on the case docket, a party who is registered for electronic noticing will receive a Notice of Electronic Filing in his/her designated e-mail account. The Notice will allow one free look at the document, and any attached .pdf may be printed or saved.

IMPORTANT:

Messages sent to Yahoo or AOL accounts are frequently found in the spam folder until the court is added to your address book.

E-mail address designated for noticing:

_____

Participant signature:_____

Date:_____

I am compelled to bring this litigation against the defendants because:

Since I first applied for the apartment around September 2022 I have

Been misled and lied to repeatedly.

1. after I paid my initial fees; application, and deposit I was told I did

Not qualify because of my income; I supplied additional income and was

Given an apartment; it was not the model across from the office that i

Was shown.

On approx. 10/31/2022 I moved in just to see an unit with dirty carpet

And the place was totally dirty; it took me and Mr. ANDREW RICE

Cleaned for 2.5 hrs. and the carpet is still unclean; some stains won't

Come out until I rented the carpet cleaner again at Walmart and it

Look better than it did then.

2. After moving in I found that my rent was more than the 900 per

Month that MS Savana Knott says it would be; MY RENT HAS INCREASED

On a regular basis and I have been having to go to work for long hours

Just to meet my rental obligations.

I try not to get in too much debt; especially having a serous back injury.

Plaintiff pray this court will understand he suffers with major depression dibeates.

3. Plaintiff lives presently in 408 building with outside lights again are not functional.

Plaintiff fills unsafe and afraid because of the crimes that have been committed in

The area.

4.on or about 0/ 02 /23

Plaintiff was given a voucher to help with the increasing rent but the voucher

Was an 500.00 amazon gift card that did not help with the issues.

5.today plaintiff got a check in the mail for 182.00 this was the amount

And cost of the warrant they put on him in November 2023; the ironic

They charged plaintiff 600.00 for the cost of the warrant that cost

One-hunderd-eighty-two-dollars.

Plaintiff pray this court will award him 500.000.00

FIVE-HUNDRED- THOUSAND IN TOTAL PUNITIVE/ COMPENSETORY DAMAGES

Sincerely,